# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| ROB MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MARIA; SANTA MARIA POLICE DEPARTMENT; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. CV12-4989-JAK (MRWx)<br><br>Assigned to the Hon. John A. Kronstadt<br><br>**JUDGMENT**<br><br>JS-6 |

Plaintiff ROB MORRIS' Motion for Partial Summary Judgment and Defendants CITY OF SANTA MARIA and SANTA MARIA POLICE DEPARTMENT's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, came on for hearing before the Honorable John A. Kronstadt presiding in Courtroom 750 of the above-entitled Court, on January 14, 2013. Appearing on behalf of Plaintiff was Joseph N. Bolander of Lackie, Dammeier, & McGill; appearing on behalf of Defendants was Jay G. Trinnaman and Nate J. Kowalski of Atkinson, Andelson, Loya, Ruud & Romo. The Court having stated its tentative views of the parties' Motions, heard oral argument and took the parties' Motions under submission.

On March 8, 2013, the Court issued its Civil Minutes (see Attachment "A") in which it issued an Order granting Plaintiff's Motion and granting, in part, Defendant's Motion.

For GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiff is entitled to overtime payments from Defendants in the amount of $674.20 based on cash option payments received for the period of October 2011 to June 2012;

2. Plaintiff is entitled to liquidated damages from Defendants in the amount of $674.20 based his entitlement to additional overtime payments for the period of October 2011 to June 2012;

3. Plaintiff cannot recover unpaid cash option payments for the period of March 2008 to October 2011; and

4. Plaintiff cannot recover increased overtime differential for the period of March 2008 to October 2011 based on unpaid cash option payments.

DATED: April 2, 2013  _____

THE HONORABLE JOHN A. KRONSTADT
JUDGE, UNITED STATES DISTRICT COURT

- 2 -

JUDGMENT